# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| ORUM & ROTH LLC | ) | |
| Plaintiff, | ) | Case No. 11-cv-04882 |
| | ) | |
| v. | ) | Judge: Manning |
| | ) | |
| | ) | Magistrate: Cox |
| STAGES MUSIC HALL, INC. and | ) | |
| OPT IT, INC. | ) | |
| | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, OPT IT INC.

Plaintiff Orum & Roth LLC, Inc. and Defendant Opt It, Inc., pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims asserted in this suit against Defendant, Opt It, Inc., with each party to bear their own costs and attorneys fees.

Dated: November 11, 2011                    Respectfully submitted,

  s/ Mark D. Roth                                 s/ Tanya L. Forsheit  
Keith H. Orum                               Tanya L. Forsheit
Mark D. Roth                                Heather Nolan (#6280723)
Orum & Roth, LLC                            INFOLAWGROUP LLP.
53 W. Jackson Boulevard, Suite 620          1500 Rosecrans Ave., Suite 500
Chicago, IL 60604-3704                      Manhattan Beach, CA 90266
Telephone: (312) 922-6262                   Tel: (310) 706-4121
Facsimile: (312) 922-7747                   Fax: (310) 706-4007

Attorneys for Plaintiff                     Attorneys for Defendant Opt It, Inc.